UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x

SHIMON JACOBOWITZ,

                Plaintiff,

    -against-                        STIPULATION OF DISMISSAL
                                                        20-CV-1905

ASSOCIATED CREDIT SERVICES, INC.,

                Defendant.

----------------------------------x

The Clerk of the Court is directed to close this case.
So Ordered.
Dated: 10/2/2020
/S/ Raymond J. Dearie

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ASSOCIATED CREDIT SERVICES, INC., with prejudice and without costs to any party.

| | |
|---|---|
| SHIMON JACOBOWITZ | ASSOCIATED CREDIT SERVICES, INC. |
| _/s/_____ | _/s/_____ |
| ADAM J. FISHBEIN | ARTHUR SANDERS, ESQ. |
| ADAM J. FISHBEIN, P.C. | BARRON & NEWBURGER, P.C. |
| 735 Central Avenue | 30 South Main Street |
| Woodmere, New York 11598 | New City, New York 10956 |
| Attorney for plaintiff | Attorneys for defendant |